## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| TOP RANK, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAN HAYMON, HAYMON SPORTS LLC, HAYMON BOXING LLC, HAYMON HOLDINGS LLC, AND ALAN HAYMON DEVELOPMENT, INC. <br><br> Defendants. | CASE NO. 0:16-mc-60519-AOR <br><br> UNDERLYING LITIGATION: <br><br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA (CASE NO. 2:15-cv-4961-JFW-MRW) |

### STIPULATION REGARDING PETITION TO ENFORCE COMPLIANCE WITH SUBPOENA SERVED ON WARRIORS BOXING AND PROMOTIONS, LLC

**WHEREAS,** Plaintiff Top Rank, Inc. ("Top Rank") served a subpoena *duces tecum* (the "Subpoena") on nonparty Warriors Boxing and Promotions, LLC ("Warriors") on January 22, 2016, in connection with the action styled *Top Rank, Inc. v. Haymon, et al.*, No. 2:15-cv-4961-JFW-MRW (C.D. Cal.), which is currently pending in United States District Court for the Central District of California;

**WHEREAS,** Warriors served written Objections to the Subpoena on February 5, 2016. Thereafter, Top Rank filed a Petition to Enforce Compliance with the Subpoena in this Court on March 14, 2016 (the "Petition"). [DE 1];

**WHEREAS,** following the filing of the Petition, Top Rank and Warriors resolved their dispute with respect to the Subpoena as set forth below;

**IT IS HEREBY STIPULATED AND AGREED** by and among Top Rank and Warriors that:

1.      Warriors will produce documents and communications in response to Request Nos. 1, 4, and 5 of the Subpoena as those Requests are presently drafted;

2.      Top Rank does not presently seek to enforce Request Nos. 2, 3, 6, 7, and 10 of the Subpoena against Warriors, but reserves its rights thereunder;

3.      Top Rank has clarified its language in Request No. 11 of the Subpoena to:

> All DOCUMENTS and COMMUNICATIONS RELATING to any subpoenas, COMMUNICATIONS, or civil investigative demands that YOU have received from any government agency, commission, or regulator, RELATING to (i) any HAYMON DEFENDANT or HAYMON ENTITY; (ii) any BOXING match promoted or co-promoted by YOU that is RELATED to PBC; or (iii) any BOXING match promoted or co-promoted by YOU that is RELATED to any HAYMON DEFENDANT or HAYMON ENTITY

Warriors has agreed to comply with such clarified Request No. 11;

4.      Top Rank has agreed to clarify Request Nos. 8 and 9 of the Subpoena to request that Warriors produce the following specific categories of documents in responses thereto:

> All draft and final promotional or co-promotional contracts; all draft and final bout agreements; all draft and final venue agreements; all draft and final broadcast agreements; all documents and communications between Warriors and any manager, boxer, broadcaster, sponsor, athletic commission, and/or matchmaker in connection with the bout; all checks and wires between Warriors and any boxer, venue, broadcaster, sponsor, athletic commission, and/or matchmaker in connection with the bout; all submissions and/or disclosures to any athletic or boxing commission in connection with the bout; all documents and communications relating to negotiation and/or payment of the purse for the bout; all documents and communications relating to the negotiation of any agreement with any boxer, promoter, venue, or broadcaster in connection with the bout; and documents sufficient to identify Warriors' costs, revenues, and profits in connection with the bout (*e.g.*, P&L statements).

Warriors has agreed to comply with such clarified Request Nos. 8 and 9;

5.      Top Rank has agreed to limit the scope of its discovery under the Subpoena to the period from January 1, 2012 to the present; and

6. Warriors has agreed to comply with the Subpoena as stated herein with the aforementioned clarifications and adjustments, no later than May 2, 2016.

Dated: March 29, 2016

Respectfully submitted,

By: */s/ Melissa Pallett-Vasquez*
**Melissa Pallett-Vasquez**
Florida Bar No. 0715816
**Lori Lustrin**
Florida Bar No. 59228
BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131
Tel.: (305) 350-2393
Fax: (305) 351-2298
mpallett@bilzin.com
llustrin@bilzin.com
stapanes@bilzin.com

**James M. Pearl** (*pro hac vice*)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Tel.: (310) 553-6700
Fax: (310) 246-6779
jpearl@omm.com

*Attorneys for Plaintiff Top Rank, Inc.*

By: */s/ Philip Weiss*_____
**Philip D. Weiss** (pro hac vice)
AGAJANIAN, MCFALL, WEISS,
TETRAULT & CRIST LLP
346 N. Larchmont Blvd.
Los Angeles, California 90004
Tel.: (323) 993-0198
Fax: (323) 993-9509
phil@agajanianlaw.com

**Leon Margules**
Leon Margules, PA
Florida Bar No. 292877
5397 Orange Drive, Suite 202
Davie, Florida 33314-3802
Tel.: (954) 587-3802
Fax: (954) 583-7447
marguleslaw@yahoo.com

*Attorneys for Warriors Boxing and Promotions, LLC*

## CERTIFICATE OF SERVICE

I, Melissa Pallett-Vasquez, hereby certify that on March 29, 2016 the within document was filed with the Clerk of the Court using CM/ECF and the below parties received notification via electronic email:

Howard Weitzman, Esq.
Jeremiah T. Reynolds, Esq.
Kinsella Weitzman Iser Kump & Aldisert
808 Wilshire Blvd. #300
Santa Monica, CA 90401
hweitzman@kwikalaw.com
jreynolds@kwikalaw.com

Norman C. Simon, Esq.
Barry H. Berke, Esq.
Steven Sparling, Esq.
Kramer Levin Naftalis and Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714
nsimon@kramerlevin.com
bberke@kramerlevin.com
ssparling@kramerlevin.com

*/s/ Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez